1 | DELTA LAW GROUP
2 | A PROFESSIONAL LAW CORPORATION
  | Jim G. Price, Esq., SBN 119324
3 | P.O. Box 1717
  | Bethel Island, CA  94511
  | Telephone:  925-516-4686
4 | Email:  deltalawgroup@yahoo.com

5 | Attorneys for Plaintiff
  | DAMON WILSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DAMON WILSON, | ) Case No. 3:22-cv-04977-TSH |
|---|---|
| Plaintiff, | ) **STIPULATED DISMISSAL WITH** |
| | ) **PREDJUICE;** ~~**PROPOSED**~~ **ORDER** |
| v. | ) |
| TSC ACCOUNTS RECEIVABLE | ) |
| SOLUTIONS and DOES 1-10, inclusive, | ) |
| Defendants. | ) |

PLEASE TAKE NOTICE that Plaintiff Damon Wilson and Defendant TSC ACCOUNTS RECEIVABLE SOLUTIONS, by and through their respective attorneys of record, hereby

/ / /

/ / /

/ / /

/ / /

/ / /

stipulate to dismiss the above-entitled action, with prejudice pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear their own attorney's fees and costs.

DATED:  October 2, 2023          DELTA LAW GROUP

                                 */s/ Jim G. Price*
                              BY:_____
                                 JIM G. PRICE*
                                 Attorneys for Plaintiff
                                 DAMON WILSON


DATED:  October 2, 2023          LEWIS BRISBOIS

                                 */s/ Larissa Nefulda*
                              BY:_____
                                 LARISSA NEFULDA
                                 Attorneys for Defendant
                                 TSC ACCOUNTS RECEIVABLES
                                 SOLUTIONS

IT IS SO ORDERED.

DATED:  October 2, 2023

_____
THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE

*I, Jim G. Price, am the ECF user whose identification and password are being used to file this Stipulated Dismissal with Prejudice.  I hereby attest that Larissa Nefulda has concurred in this filing.
*/s/ Jim G. Price*